IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:05cr39-SPM/AK

JENISE ANGELLA MANGAROO
and ASHLIE EBONY MOTHERSILL,

       Defendants.
_____/

**ORDER CLARIFYING CONDITIONS OF**
**RELEASE PENDING SELF-SURRENDER**

Defendants Jenise Angella Mangaroo and Ashlie Ebony Mothersill were resentenced on February 12, 2008. The Court ordered the Defendants to self-surrender and ordered that they "remain on bond under the same conditions of release previously imposed."

Despite the reference to bond, the intent was to subject Defendants to the conditions of their probationary sentences pending self-surrender. The Court did not intend to reinstate the conditions of release that were in place prior to the first sentencing hearing, which include a travel restriction on Defendant Mangaroo that requires her to remain in the Northern District of Florida (despite the fact that she now lives in Atlanta, Georgia) and a condition that Defendant Mothersill be subject to home confinement with electronic monitoring.

Accordingly, the Court clarifies that pending self-surrender, Defendants remain subject to the conditions of their probationary sentences.

SO ORDERED this 13th day of February, 2008.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge